FILED 05 NOV 16 12:03USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAUREL BONILLA,   Civ. No. 04-6427-TC
            ORDER
    Plaintiff,

vs.

ES-O-EN CORPORATION, an
Oregon corporation,

    Defendant.

AIKEN, Judge:

Magistrate Judge Coffin filed his Findings and Recommendation on September 19, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 53) that defendant's motion to dismiss (doc. 29) is denied.

1 - ORDER

1  IT IS SO ORDERED.
2      Dated this 16 day of November 2005.



                                    _____
                                          Ann Aiken
                                    United States District Judge

2 - ORDER