FILED'06 SEP 26 20:24USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAUREL BONILLA,                                          Civ. No. 04-6427-AA
                                                              VERDICT
        Plaintiff,

  v.

ES-0-EN-CORPORATION, an
Oregon corporation,

        Defendant.
_____

    We the jury, duly empaneled and sworn, do hereby find:

### PLAINTIFF'S FIRST CLAIM

COUNT 1 - Gender Discrimination

    On Plaintiff's claim of gender discrimination, we the jury find in favor of:

Plaintiff  _____
Defendant  __X___

1 - VERDICT

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to Count 2.

 We find Plaintiff's economic damages, if any, to be:
$_____.

 We find Plaintiff's compensatory damages, if any, to be:
$_____.

### COUNT 2 - Hostile Work Environment

On Plaintiff's claim of hostile work environment, we the jury find in favor of:

Plaintiff  X
Defendant  ~~to,9h~~

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to Count 3.

 We find Plaintiff's economic damages, if any, to be:
$ -0-.

 We find Plaintiff's compensatory damages, if any, to be:
$ 10,000.

### COUNT 3 - Retaliation

On Plaintiff's claim of retaliation, we the jury find in favor of:

Plaintiff  X
Defendant  _____

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to Claim 4.

 We find Plaintiff's economic damages, if any, to be:
$ -0-.

 We find Plaintiff's compensatory damages, if any, to be:
$ 5,000.

2 - VERDICT

COUNT 4 - Quid Pro Quo Discrimination

On Plaintiff's claim of quid pro quo discrimination, we the jury find in favor of:

Plaintiff _____
Defendant __X___

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to Count 5.

We find Plaintiff's economic damages, if any, to be:
$ _____.

We find Plaintiff's compensatory damages, if any, to be:
$ _____.

COUNT 5 - Race Discrimination

On Plaintiff's claim of race discrimination, we the jury find in favor of:

Plaintiff _____
Defendant __X_____

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to Plaintiff's Second Claim:

We find Plaintiff's economic damages, if any, to be:
$ _____.

We find Plaintiff's compensatory damages, if any, to be:
$_____.

PLAINTIFF'S SECOND CLAIM -
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

On Plaintiff's claim of intentional infliction of emotional distress, we the jury find in favor of:

Plaintiff _____
Defendant __X_____

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to Plaintiff's Third Claim.

We find Plaintiff's damages, if any, to be: $_____ .

3 - VERDICT

PLAINTIFF'S THIRD CLAIM - WRONGFUL DISCHARGE

On Plaintiff's claim of wrongful discharge, we the jury find in favor of:

Plaintiff  _____
Defendant  __X__

If you answered "Plaintiff," answer the following questions. If you answered "Defendant," proceed to the end of the Verdict Form.

We find Plaintiff's economic damages, if any, to be: $_____.

We find Plaintiff's non-economic damages, if any, to be: $_____.

Dated this __26__ day of September 2006.

/s/ PRESIDING JUROR

_____
Presiding Juror

4 - VERDICT