Tamara E. Russell, OSB #97386
tamara.russell@millernash.com
MILLER NASH, LLP
111 S.W. 5th Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 205-2348
Facsimile: (503) 224-0155

J. Kevin West, ISB #3337
jkw@hallfarley.com
Jill M. Twedt, ISB #6765
jmt@hallfarley.com
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Facsimile: (208) 395-8585
W:\14\14-983.21\DISMISS-STIP.DOC
*Pro Hac Vice Admitted*

Attorneys for Defendant ES-O-EN Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAUREL BONILLA,** | **Civil No. 04-6427-TC** |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| **ES-O-EN CORP.**, an Oregon domestic business corporation and franchise of Taco Bell Corp., d/b/a **TACO BELL**, | |
| Defendant. | |

**STIPULATION FOR DISMISSAL** - 1

COME NOW the parties, by and through their respective counsel of record, and stipulate that the above-captioned matter shall be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 17 day of November, 2006.

LAFKY & LAFKY

By_____
Kevin Lafky - Of the Firm
Attorneys for Plaintiff

DATED this 17 day of November 2006.

HALL, FARLEY, OBERRECHT
& BLANTON, P.A.

_____
J. Kevin West – Of the Firm
Attorneys for Defendant
ES-O-EN Corporation

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2