UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LAUREL BONILLA,

                **Plaintiff,**

        v.                                      Civil No. 04-6427-AA

ES-O-EN CORP., an Oregon domestic
business corporation and franchise of
Taco Bell Corp., dba TACO BELL,

                **Defendant.**

------

## JUDGMENT

This action is dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 21, 2006.

                        SHERYL MC CONNELL, CLERK

                        by  *Leslie Engdall*
                            Leslie Engdall, Deputy

**JUDGMENT**                              **DOCUMENT NO:** _____